UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IN RE NEW YORK ASBESTOS LITIGATION                  New York Asbestos
                                                                             X      Litigation

This Document Relates to:

                                                                                         Docket No.: 00 CV 1670

                                                                                         STIPULATION OF
                                      Plaintiff(s),                  DISCONTINUANCE
                                                                                               <u>WITH PREJUDICE</u>

         -against-

Minnesota Mining and Manufacturing Company, et al.,

                                      Defendants.
                                                              X

      It is hereby stipulated and agreed, by and between counsel for plaintiff and counsel for defendant, 3M Company f/k/a Minnesota Mining and Manufacturing Company, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action, the above-entitled action be, and same hereby is discontinued, with prejudice, as to 3M Company, without cost to either party as against the other. The Stipulation may be filed without further notice with the Clerk of the Court.

Dated:  New York, New York
          January 10, 2003

WEITZ & LUXENBERG                               LAVIN, COLEMAN, O'NEIL,
                                                                  RICCO, FI      LI & G

By:                                            By:  Francis F. Quinn, Esq.
Attorneys for Plaintiff                                Attorneys for Defendant
180 Maiden Lane                                       3M Company f/k/a Minnesota Mining
New York, New York 10038                       and Manufacturing Company
(212) 558-5500                                         767 Third Avenue, 7th Floor
                                                                     New York, New York 10017
                                                                     (212) 319-6898