UNITED STATES DISTRICT COURT
EASTERN DISTRICT
--------------------------------------------------------------X

THIS DOCUMENT RELATES TO:

**ORDER**

RECEIVED

JUL 1 8 2005

By:

**PLAINTIFF:**

**DOCKET NO.:**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★   JUL 2 8 2005   ★

BROOKLYN OFFICE

| Plaintiff | Docket No. |
|---|---|
| Shirley Adcock Tucker, as Executrix for the Estate of Stuart Allen Forcade and Ida Forcade | 00 CV 2444 |
| James Tryhorn | 01 CV 4583 |
| Mindy J. Trepel | 00 CV 4264 |
| Charlotte Travaglia, Individually and as a Proposed Executrix for the Estate of Michael P. Travaglia | 00 CV 0121 |
| Anna Sue Tilley, as Administratrix for the Estate of John Burl Cothern | 01 CV 4636 |
| Betty Thurmond and Roy Thurmond | 01 CV 1177 |
| James C. Tiel and Sarah Tiel | 01 CV 2934 |
| Sandra Thompson, Individually and as Executrix for the Estate of Warren Thompson | 00 CV 5906 |
| Lurene Thompson, as Administratrix for the Estate of Ruthel Reggans | 01 CV 2367 |
| Thomas Jack, as Administratrix for the Estate of Ray Lewis | 00 CV 4468 |
| Alice Tetrick, Individually and as Proposed Executrix for the Estate of Harold L. Tetrick | 01 CV 4790 |
| Nita Taylor | 01 CV 8331 |
| Jean Tarver, as Administratrix for the Estate of Fred Shofner | 00 CV 3740 |
| Gary E. Cremeans and Brenda Cremeans | 01 CV 7497 |
| Laura Henderson, Individually and as Proposed | 01 CV 6068 |

Executrix for the Estate of Lloyd E. Henderson

| | |
|---|---|
| Idell Henderson, Individually and as Proposed Executrix for the Estate of John H. Henderson | 01 CV 3277 |
| Richard Hellar and Melba Heller | 00 CV 0838 |
| Bonnie Heer, Individually and as Administratrix for the Estate of Billy N. Heer | 01 CV 3825 |
| William D. Heintz and Mary Ann Heintz | 01 CV 7343 |
| David Heintz | 00 CV 0762 |
| Dorothy Jackson, Individually and as Proposed Executrix for the Estate of W.D. Jackson | 01 CV 5813 |
| H.A. Taylor and Ginger Taylor | 00 CV 3863 |
| Howard Hutchins, Sr. and Katie Hutchins | 00 CV 0844 |
| David Lee Hurst, as Executor of the Estate of Orville Hurst, and Effie Hurst, Individually | 00 CV 5846 |
| Nancy McMillian and Judith Bott, as Proposed Co-Executrices for the Estate of Benjamin W. Hughes, and, Norma Hughes, individually | 01 CV 2932 |
| Esther Higgins, Individually and as Executrix for the Estate of Robert M. Higgins | 00 CV 4724 |
| Diane Hester, as Administratrix for the Estate of Annie Mae Hester | 01 CV 4304 |
| Ernest L. Jackson and Pauline M. Jackson | 01 CV 1307 |
| James P. Hart and Inez Hart, et al. | 01 CV 3804 |
| Glenna Harrell, Individually and as Proposed Executrix for the Estate of Roy Leon Harrell | 01 CV 2935 |
| John Leo Harrell and Jamie Harrell | 00 CV 4588 |
| Harold Harris, as Executor for the Estate of Charles Luster | 00 CV 5032 |

| | |
|---|---|
| Pamela Harris, as Executrix for the Estate of Vernon B. Miller | 01 CV 1625 |
| William A. Hack, Sr. and Josephine Hack | 01 CV 7072 |
| Debbie Ollaway Hall, as Executrix for the Estate of C.W. Olloway | 00 CV 4317 |
| Paul Thomas Hall, as Executor for the Estate of Betty L. Sarver, and James Sarver, Individually | 00 CV 3856 |
| Ruby Jane Hummonds Individually and as Executrix for the Estate of Granville Hammonds | 00 CV 1409 |
| Rodney Harding, as Executor for the Estate of Oliver P. Harding, and Flora Harding, Individually | 00 CV 6510 |
| William P. Brown and Alice Brown | 00 CV 3948 |
| John D. Burns and Mary Ann Cavalieri Burns, et al. | 00 CV 1949 |
| Anna Brown, Individually and as Proposed Executrix for the Estate of Harvey P. Brown | 01 CV 0710 |
| Clifton H. Brodnax and Jo-Allen Brodnax | 01 CV 4466 |
| Charles William Bray and Annie Bray, et al. | 00 CV 3950 |
| Johnny Burks | 00 CV 1063 |
| Pete Miller | 01 CV 4582 |
| Dorothy Mae Mills, Individually and as Proposed Executrix for the Estate of Raymond A. Mills | 01 CV 3276 |
| Daniel Mele, as Proposed Executor for the Estate of Vincent Mele | 00 CV 5522 |
| Edward Miller and Betty Miller | 00 CV 4919 |
| Dugan C. Maxey and Sue Maxey | 01 CV 4581 |
| Amy Malone, Individually, and Timothy R. Malone, as Administrator for the Estate of Robert C. Malone | 01 CV 8334 |
| Richard E. Burns | 00 CV 5848 |

| | |
|---|---|
| John Doe, as Proposed Executor for the Estate of Donald J. Koenig | 00 CV 1545 |
| John Doe, as Proposed Executor for the Estate of A.J. Bennett | 00 CV 1547 |
| Charles B. Faulkner | 01 CV 4461 |
| Giovanni Lo Pardo and Luisa Lo Pardo | 01 CV 1750 |
| Donald Longtin and Elvira Longtin | 01 CV 6548 |
| Nancy Lewis and Carl Lewis | 01 CV 4822 |
| James Little | 01 CV 5958 |
| M. Elaine Leopold, Individually and as Executrix for the Estate of Edward R. Leopold | 00 CV 4028 |
| Shirley Laster, Individually and as Executrix for the Estate of Henry L. Laster | 00 CV 0650 |
| Elsa Louise Lawson, as Administratrix for the Estate of Lee Mitchell | 01 CV 3908 |
| Henry Leeds and Rita Leeds | 01 CV 0844 |
| Carl R. Leigh and Mary Ellen Leigh | 00 CV 7456 |
| John G. Lengerich and Sylvia M. Lengerich | 00 CV 4920 |
| Alfred G. Duncan and Mildred Duncan, et al. | 00 CV 3949 |
| Theresa Douglas, as Administratrix for the Estate of Kenneth L. Ward | 00 CV 3737 |
| Freida K. Winkler, Individually and as Proposed Executrix for the Estate of Gerald L. Winkler | 01 CV 2430 |
| Lolaphyrn Wilson, Individually and as Administratrix for the Estate of Jack Wilson | 01 CV 0590 |
| Hazel Wilson, Individually and as Administratrix for the Estate of Shelton M. Wilson | 00 CV 6060 |

| | |
|---|---|
| A.L. Wilson and Chris Wilson | 01 CV 7534 |
| Bobbie Jean Williams and Arthur Williams | 01 CV 7535 |
| Arthur R. Williams and Bobbie Williams | 01 CV 7503 |
| Andy W. Williams and Mary Williams | 01 CV 1443 |
| Sue Wilke, as Personal Representative for the Estate of Kenneth R. Grindle | 00 CV 2583 |
| Willie E. White | 01 CV 8141 |
| Charles Ray White and Lois White | 01 CV 7068 |
| Alice White, Individually and as Proposed Executrix for the Estate of John Wesley White | 01 CV 4638 |
| Nell West, Individually and as Proposed Executrix for the Estate of Donald F. West | 01 CV 5422 |
| Ben F. Watts and Betty Watts, et al. | 00 CV 1325 |
| Louise Watson, Individually and as Proposed Executrix for the Estate of Jimmy L. Watson | 01 CV 0011 |
| Bulon A. Joiner | 01 CV 8335 |
| Careamella Jones, as Proposed Executrix for the Estate of Ina Rae Jones | 01 CV 0512 |
| Henderson Jones and Sarah N. Jones | 01 CV 7071 |
| Johnny Jordan, Individually and as Administrator for the Estate of Lillian Jordan | 01 CV 3363 |
| Thelma Jolley, Individually and as Executrix for the Estate of Jessie B. Jolley | 01 CV 2937 |
| Nathaniel Johnson | 00 CV 5847 |
| Dolores James, Individually and as Proposed Executrix for the Estate of Charles James, Jr. | 01 CV 3402 |
| Kathleen J. Knichel, Individually and as Administratrix for the Estate of Kenneth W. Knichel | 00 CV 6269 |

| | |
|---|---|
| Willie Esther Kinchen, Individually and as Proposed Executrix for the Estate of Lemar Kinchen | 00 CV 7454 |
| Baxter Glenn Kimbro and Katy B. Kimbro | 00 CV 5669 |
| Shirley A. Kromholic and Lou Kromholic | 01 CV 1214 |
| Arthur Korn and Laura Korn | 00 CV 5523 |
| Genevieve A. Koziol, Individually and as Personal Representative for the Estate of Benny J. Koziol | 01 CV 2936 |
| Dennis Kimble, Individually and as Proposed Executor for the Estate of Delma L. Kimble | 01 CV 4055 |
| Margie Wyrick | 01 CV 0308 |
| Margorie L. Young | 01 CV 6405 |
| Joseph Yedinak, as Proposed Executor for the Estate of Frank Yedinak, and Joseph Yedinak, as Proposed Executor for the Estate of Evelyn Yedinak | 00 CV 2556 |
| James Thomas Zimmerman | 00 CV 6275 |
| Matthew Daniel Zurek | 00 CV 5666 |
| Anne Piazza, Individually and as Proposed Executrix for the Estate of William J. Piazza | 01 CV 5814 |
| William Sullings and Helen Sullings | 00 CV 1732 |
| Nancy Sullivan, as Administratrix for the Estate of Gerral Lee Sullivan | 01 CV 2425 |
| Calvin Samuel Summers | 01 CV 4789 |
| Robert Sundman and Pamela Sundman | 00 CV 2036 |
| Ronald G. Richard, as Executor for the Estate of Mary Cowan | 01 CV 5602 |
| Gerland M. Richards, Sr. | 00 CV 1457 |
| Wanda Ritchey, Individually and as Proposed | 01 CV 5682 |

| | |
|---|---|
| Executrix for the Estate of Billie G. Ritchey | |
| Doris Ritchey, Individually and as Administratrix for the Estate of Charley Ritchey | 00 CV 5971 |
| Bobby E. Robinson | 00 CV 3591 |
| Geneva Robinson, Individually and as Proposed Executrix for the Estate of Charles T. Robinson | 01 CV 0713 |
| Marshall E. Robertson and Alice Robertson | 00 CV 2171 |
| Mary Albanese, Individually and as Proposed Executrix for the Estate of Gaetano Albanese | 01 CV 2842 |
| Edwin Beck and Evelyn Beck | 00 CV 3738 |
| Mary Arline Baxley, Individually and as Proposed Executrix for the Estate of Clinton L. Baxley, Jr. | 01 CV 5135 |
| Morene Baumgartner, Individually and as Personal Representative for the Estate of Edwin P. Baumgartner | 00 CV 2302 |
| Roxie Barnes, Individually and as Administratrix for the Estate of Bernard Barnes | 00 CV 4464 |
| William D. Barnes and Lola Barnes | 00 CV 6272 |
| Donna Barkley, Individually and as Executrix for the Estate of B.W. Barkley | 01 CV 1876 |
| Marie Baker, Individually and as Proposed Executrix for the Estate of Lewis Daniel Baker, Jr. | 01 CV 0123 |
| Katherine L. Baker, Individually and as Executrix for the Estate of Harry E. Baker | 00 CV 6511 |
| Carl Bajor and Mary Bajor | 01 CV 2331 |
| Forrest C. Musgrove, Jr. and Keena John Musgrove, et al. | 00 CV 1946 |
| Billy Shelton, Individually and as Proposed Executor for the Estate of Sarah F. Shelton | 01 CV 4041 |

| | |
|---|---|
| Allie Sheldon and Robert Sheldon | 01 CV 4463 |
| Morris Shankin, Individually and as Executor for the Estate of Ruth R. Shankin | 00 CV 6810 |
| Linda Sheridan, Individually and as Administratrix for the Estate of D.W. Sheridan | 00 CV 6929 |
| Sylvia G. Silliman and Harold Silliman | 01 CV 4785 |
| Robert W. Simms and Ruth Elaine Simms | 01 CV 2256 |
| Ruthie Simms, as Proposed Executrix for the Estate of Piercy Heard, Sr. | 01 CV 2135 |
| H. Yvonne Simpson, as Executrix for the Estate of Effie Florence Gregory | 01 CV 8231 |
| Julian G. Taggart | 00 CV 6061 |
| Virginia K. Talley | 00 CV 2802 |
| Kay Talley, as Administratrix for the Estate of John David Mitchell | 00 CV 2645 |
| Troy Lee Mount | 01 CV 5679 |
| Dock J. Murphy and Vernette Murphy | 01 CV 7070 |
| Kecia Morris, as Proposed Executrix for the Estate of Claudine Wilson | 00 CV 6636 |
| Peter Salerno and Mary Salerno | 02 CV 1848 |
| Raymond Sanders, Individually and as Proposed Executor for the Estate of Frankie M. Sanders | 01 CV 2630 |
| Gladys Morris, Individually and as Proposed Executrix for the Estate of Thurmon Morris | 00 CV 4039 |
| Dorothy Morehead, Individually and as Administratrix for the Estate of Willie Morehead | 00 CV 2397 |
| Murl Morris, Individually and Vicki Dean Spiva Gilliam, as Executrix for the Estate of Willa Dean Morris | 01 CV 5028 |

| | |
|---|---|
| Murl Daniel Morris and Willa Dean Morris | 01 CV 1748 |
| Myrtle Riner, Individually and as Personal Representative for the Estate of James M. Riner | 00 CV 3826 |
| Raymond L. Lyons and Patricia Lyons | 00 CV 5372 |
| Nelda Austin, Individually and as Proposed Executrix for the Estate of Roland Austin | 01 CV 5510 |
| Warren D. Ashley and Laura Ashley | 00 CV 6512 |
| Harow Ashley, Jr., as Special Administrator for the Estate of Harow Ashley | 01 CV 6932 |
| Margaret M. Andrews, Individually and as Proposed for the Estate of Donald E. Andrews | 00 CV 1878 |
| Virginia Anderson, Individually and as Executrix for the Estate of Orval Anderson | 00 CV 4314 |
| Walter W. Moody, Sr. | 00 CV 4540 |
| Dorothy Moore, Individually and as Administratrix for the Estate of Phillip Moore | 00 CV 7280 |
| Keith Mitchell and Mila Mitchell | 01 CV 0372 |
| Jefferson E. Moody and Regina Moody | 01 CV 8137 |
| Edward O. Moody, as Administrator for the Estate of Mercer Upshaw Ware | 00 CV 2396 |
| Ramona Verser, Individually and as Proposed Executrix for the Estate of Martin Harold Verser | 01 CV 3087 |
| Charlotte J. Merritt and Dewayne Merritt | 01 CV 8136 |
| Thomas P. Urban, as Administrator for the Estate of Martin T. Urban | 01 CV 6733 |
| Alan Varone and Coralynn Varone | 01 CV 5716 |
| Joseph Vedda | 01 CV 1850 |

| | |
|---|---|
| George Forsyth, Individually and as Proposed Executor for the Estate of Helen Forsyth | 00 CV 5031 |
| Harvy L. Fleitman and Vivian M. Fleitman | 01 CV 0589 |
| Jimmy Flanigan and Helen Flanigan | 01 CV 1176 |
| Helen Fitzgerald, Individually and as Proposed Executrix for the Estate of Robert E. Fitzgerald | 00 CV 4922 |
| Theresa Everett, Individually and as Proposed Executrix for the Estate of Donald Everett | 01 CV 1208 |
| Roye Dwain Ludwig and Nancy Ludwig | 01 CV 5027 |
| Norma Jean Grimmett, Individually and as Proposed Executrix for the Estate of Donald Grimmett | 01 CV 3362 |
| Mary Ann Greenlee, Individually and as Executrix for the Estate of Bruce A. Greenlee | 01 CV 3247 |
| William Green, Jr. Individually and as Proposed Executor for the Estate of Mary Ella Green | 01 CV 7165 |
| Sandra Green, Individually and as Proposed Executrix for the Estate of Isaac Green, Jr. | 01 CV 7340 |
| Albert R. Gonzenbach and Estelle M. Gonzenbach | 01 CV 6597 |
| Wanda Golston, Individually and as Proposed Executrix for the Estate of Frank R. Golston | 00 CV 2443 |
| Mary Godfrey, Individually and as Administratrix for the Estate of Orrie Godfrey | 01 CV 3909 |
| Crystal Gincott, Individually and as Personal Representative for the Estate of Robert E. Gincott | 00 CV 7455 |
| Calvin Gill, Sr. and Dorothy Gill | 01 CV 4783 |
| Juan Garcia | 00 CV 4304 |
| Rose Gallaher, Individually and as Administratrix for the Estate of Carl B. Gallaher | 00 CV 1301 |

| | |
|---|---|
| Billie Sue Overton, Individually and as Executrix for the Estate of Lecil D. Overton | 01 CV 1458 |
| Hilda Ortiz, as Proposed Executrix for the Estate of Victoria Alvarez | 00 CV 5301 |
| Ralph Orlando | 00 CV 0840 |
| Barbara Oliver, Individually and as Administratrix for the Estate of Billy J. Oliver | 00 CV 6274 |
| Sarah Olive, Individually and as Proposed Executrix for the Estate of Lee Roy Olive | 01 CV 4784 |
| Richard A. Olin and Mary Olin | 00 CV 2806 |
| Estell Cooksie, Individually and as Administratrix for the Estate of James Cooksie, Jr. | 00 CV 6063 |
| Daniel L. Cook | 01 CV 4306 |
| Carrie Cotton, Individually and as Proposed Executrix for the Estate of Johnny Cotton, Jr. | 01 CV 4136 |
| Martha Covier, Individually and as Proposed Executrix for the Estate of Wallace G. Covier | 00 CV 5903 |
| Robert W. Craig and Mary E. Craig | 00 CV 0842 |
| Dorothy M. Creek and James J. Creek | 00 CV 4465 |
| Dolly Elmore, as Executrix for the Estate of Leola Murders and Oren Murders | 00 CV 2301 |
| Richard L. Gushlaw | 00 CV 5845 |
| Delvina Martin, Individually and as Personal Representative for the Estate of Irving P. Martin | 00 CV 4027 |
| James Martelli and Patricia Martelli | 01 CV 2133 |
| Paul McCloskey, Individually, and Marilyn J. Hill, as Administratrix for the Estate of Charlotte McCloskey | 01 CV 6522 |
| James McCollum and Alice McCollum | 01 CV 4462 |

| | |
|---|---|
| Patricia Mathis, Individually and as Proposed Executrix for the Estate of Alvin D. Mathis | 01 CV 1549 |
| Marvin Mack and Geneva Mack | 01 CV 0607 |
| Ruth M. Bogart, Individually and as Administratrix for the Estate of Al M. Bogart | 00 CV 3866 |
| James H. Box and Vera Box | 00 CV 5156 |
| Dorothy Bowley, Individually for the Estate of Robert F. Bowley, Sr. | 01 CV 0197 |
| Frances Bornstein, Individually and as Proposed Executrix for the Estate of Louis E. Bornstein | 01 CV 4256 |
| Matthew McCooey, as Personal Representative for the Estate of Charles L. McCooey | 00 CV 4421 |
| Geneva M. Bath, Individually and as Administratrix for the Estate of David W. Bath | 00 CV 5524 |
| Albert Black and Raye Black | 00 CV 5029 |
| Philip Bailey and Barbara Bailey | 01 CV 2067 |
| Harold Woods and Francise Woods | 01 CV 4824 |
| Melvin Worsham and Susie Worsham | 00 CV 6276 |
| Robert Wright, as Proposed Executor for the Estate of George Henry Wright, Sr. | 01 CV 8236 |
| Floyd Wright | 00 CV 2803 |
| Anthony R. Woods, Sr. and Daisy Woods | 01 CV 7060 |
| Dorothy Daniels, as Proposed Executrix for the Estate of Birdell Johnson | 00 CV 5907 |
| Floyd C. Daniel, Individually and as Proposed Executor for the Estate of Rosemary Daniel | 00 CV 4315 |
| Geraldine Dalik and David W. Dalik | 01 CV 4577 |

| | |
|---|---|
| Lois Dillon, Individually and as Proposed Executrix for the Estate of Edward Frank Dillon | 00 CV 0122 |
| Eleanor C. Dicks, Individually and as Personal Representative for the Estate of Carl Dicks | 00 CV 0839 |
| Jackie Deshazo, Individually and as Proposed Executor for the Estate of Josie Lee Deshazo | 01 CV 7166 |
| Harold Scott, as Administrator for the Estate of CK Scott and Harold Scott as Proposed Administrator for the Estate of Thelma Scott, Individually | 00 CV 1593 |
| Robert E. Scott and Elva Scott | 00 CV 5371 |
| Ruby Lee Scott | 01 CV 4393 |
| William S. McLaughlin and Winifred McLaughlin | 00 CV 5434 |
| Joseph McIntosh and Barbara McIntosh | 00 CV 3345 |
| Mary Lynn Mason, as Proposed Administratrix for the Estate of Lucille Mason | 00 CV 1989 |
| Sadie F. May, Individually and as Executrix for the Estate of Lester A. May | 01 CV 3090 |
| Joann Canady, Individually and as Administratrix for the Estate of John D. Canady | 01 CV 4579 |
| Stephen A. Capps and Martha Capps, et al. | 00 CV 4690 |
| Beatrice Cander, Individually and as Executrix for the Estate of Samuel Cander | 01 CV 4225 |
| Kathy Tanksley, as Proposed Executrix for the Estate of Emma F. Nelms | 00 CV 7453 |
| Lorraine Warden, Individually and as Proposed Executrix for the Estate of Morris Warden | 00 CV 0612 |
| Joyce Walker, as Administratrix for the Estate of Alma Jean Barnes | 00 CV 6059 |
| Jean Walden, Individually and as Administratrix for the Estate of Bill P. Walden | 00 CV 3592 |

| | |
|---|---|
| Thomas Wagner and Constance Wagner | 00 CV 1670 |
| Mary-Louise Wadley, Individually and as Administratrix for the Estate of Charles Billy Wadley | 01 CV 3364 |
| Dollie Hix, Individually and as Administratrix for the Estate of William Hix | 00 CV 1406 |
| Ruthie Hitz, Individually and as Proposed Executrix for the Estate of Donald E. Hitz | 01 CV 0842 |
| Nellie Higgins, Individually and as Administratrix for the Estate of Joe L. Higgins | 00 CV 4467 |
| Wanda V. Hitt, Individually and as Administratrix for the Estate of Elmer William Hitt | 00 CV 2643 |
| Laura Newell, Individually and as Administratrix for the Estate of Neal Newell | 00 CV 2581 |
| Sheila Noritis, Individually and as Proposed Executrix for the Estate of Edward V. Noritis | 00 CV 2584 |
| Nancy A. Rose, Individually and as Proposed Executrix for the Estate of David H. Rose | 01 CV 8140 |
| Henry W. Runey and Susan Runey | 01 CV 7069 |
| Betty Runyan, as Executrix for the Estate of Irene Spurlin | 01 CV 3365 |
| Ray Runstrom and Garnet Runstrom | 00 CV 0837 |
| Robert Atsch | 00 CV 0651 |
| Sam Savitteri | 00 CV 0836 |
| Frank Heckenbach and Mary Heckenbach | 00 CV 0715 |
| Marvin E. Coursey and Diana Coursey | 00 CV 0994 |
| Brenda Reid for the Estate of James Reid | 01 CV 1216 |
| Patricia Stringfellow, Individually and as Proposed Executrix for the Estate of Bobby H. Stringfellow | 00 CV 4633 |

| | |
|---|---|
| Bobbie Stokes, Individually and as Proposed Executrix for the Estate of R.J. Stokes | 01 CV 4072 |
| Jodie L. Stiles | 00 CV 2445 |
| George Edward Stephens | 01 CV 4823 |
| Edward L. Stauber and Arlene M. Stauber | 01 CV 4788 |
| Connie Ann Standridge, as Administratrix for the Estate of Eugene E. Standridge, Sr. | 01 CV 0126 |
| George Stabilito | 00 CV 1137 |
| Gary K. Slayton, as Executrix for the Estate of Kenneth Slayton | 00 CV 1390 |
| Phyllis Perry and Frederick Perry | 00 CV 5518 |
| Loreta Pedrin, Individually and as Proposed for the Estate of Albert Pedrin | 00 CV 1988 |
| Letha Mae Pearson, Individually and as Administratrix for the Estate of Carroll L. Pearson | 00 CV 4589 |
| Francis Patnoe and Elizabeth Patnoe | 00 CV 7067 |
| Sylvia Parr, Individually and as Administratrix for the Estate of Johnny Parr | 01 CV 3824 |
| Roy Lea Parish, Individually and as Administratrix for the Estate of Wendell Lee Parish | 00 CV 4318 |
| Laura Paquin, Individually and as Proposed Executrix for the Estate of Ronald L. Paquin | 00 CV 5520 |
| Jimmy A. Honeycutt and Mary Honeycutt | 01 CV 5778 |
| June Hollis, Individually and as Proposed Executrix for the Estate of Johnathon T. Hollis | 00 CV 2644 |
| Mildred Randall, Individually and as Proposed Executrix for the Estate of Wilbur Randall | 01 CV 2933 |
| Norma Jean Prince, Individually and as Executrix for | 01 CV 3823 |

the Estate of J.T. Prince

| | |
|---|---|
| Vivan Rose Porter | 01 CV 8138 |
| Alvern L. Porterfield, as Executrix for the Estate of Franklin Scrimshire | 00 CV 4216 |
| Harlan W. Portschy and Gloria J. Portschy | 01 CV 1214 |
| Dorothy Sears, Individually and as Executrix for the Estate of Leo V. Sears | 01 CV 2368 |
| Rosemary Scotti, Individually, and Michael R. Scotti and Angelo J. Scotti, as Co-Executors for the Estate of Joseph J. Scotti | 01 CV 3086 |
| Dorothy Jean Carr, as Executrix for the Estate of Lawrence D. Pack | 00 CV 2580 |
| Edith Clary | 00 CV 2357 |
| Wilcie Nell Clay, Individually and as Proposed Executrix for the Estate of Darrell J. Clay | 00 CV 1644 |
| Deborah Morgan Claypoole, as Administratrix for the Estate of Mary M. Morgan and Doyle E. Morgan, Individually | 00 CV 3855 |
| Barbara Cloud, Individually and as Administratrix for the Estate of Hubert Cloud. | 01 CV 2361 |
| Alvin E. Collins and Ann Collins | 00 CV 6062 |
| Erford R. Colcord and Phyllis J. Colcord | 01 CV 5228 |
| Noble A. Coggins | 01 CV 4468 |
| Frances P. Collins and Jerald Collins | 01 CV 1181 |
| Margie Evans, Individually and as Proposed Executrix for the Estate of Richard E. Evans | 00 CV 4273 |
| Claude E. Evans and Thelma Evans | 00 CV 5664 |
| Billy C. Evans and Linda Evans | 01 CV 0307 |

| | |
|---|---|
| William Elkins and Kathleen Elkins | 00 CV 1169 |
| Janet A. Carr and James William Carr | 00 CV 4542 |
| Dorothy P. Cartwright | 01 CV 3360 |
| Jackie Cassady, Individually and as Administratrix for the Estate of Joel Cassady | 00 CV 3343 |
| Barbara Cesare and William P. Serfass, as Co-Administrators for the Estate of Palmer F. Servass | 01 CV 8219 |
| James W. Chandler, Individually and as Administrator for the Estate of Connie Chandler | 01 CV 4395 |
| Zandra Hathaway Cheeseman, as Executrix for the Estate of Pauline Hathaway | 00 CV 2804 |
| James D. Ellis and Connie Ellis | 00 CV 1408 |
| Cecil Eisenberg | 00 CV 2586 |
| John Doe, as Proposed Executor for the Estate of Pavel Coman-Bratescu | 00 CV 0652 |
| Bobbie Conley, Individually and as Proposed Executrix for the Estate of Eugene Conley | 01 CV 4137 |
| Garrey C. Friddle | 00 CV 7457 |
| Norma E. Freeland, Individually and as Proposed Executrix for the Estate of Edward C. Freeland | 00 CV 5043 |
| William S. Freedman and Rhoda Freedman | 01 CV 0608 |
| Ed Francis | 00 CV 4466 |
| Billie June Horvath, Individually and as Proposed Executrix for the Estate of William H. Horvath | 00 CV 4025 |
| Charles Horton and Wanda Horton | 01 CV 4580 |
| Margaret Bryant, Individually and as Executrix for the Estate of Dudley Bryant | 02 CV 3431 |
| Steven B. Gillis and Elizabeth Gillis | 02 CV 3339 |

| | |
|---|---|
| Executor for the Estate of Lorraine M. Hajek | |
| Amber V'Lcek, as proposed Executrix for the Estate of Florence Eva Herman | 02 CV 1633 |
| Eugene Otto, Individually and as Proposed Executor for the Estate of Yvonne Otto | 02 CV 1588 |
| Walter Lewis Payne, Sr. and Mary Payne | 02 CV 1589 |
| Brenda Hargett, Individually and as Administratrix for the Estate of Finley Cecil Hargett | 02 CV 3593 |
| Leo Rogers | 02 CV 3592 |
| Shirley Mae Taylor, Individually and as Personal Representative for the Estate of Freddie L. Taylor | 02 CV 3524 |
| Donald Koller and Robert Koller as Co-Administrators for the Estate of Robert J. Koller | 02 CV 3911 |
| Francis Moores and Donna Moores | 02 CV 3910 |
| Jack D. Uselton and Tamah Uselton | 02 CV 3768 |
| Darrell Furby | 02 CV 4537 |
| Maurina Blessington as Proposed Executrix for the Estate of Joseph F. Blessington | 02 CV 4488 |
| Audra Bass, as Administratrix for the Estate of Roy Bass, and Audra Bass, Individually | 02 CV 4790 |
| Billy R. Parnell and Helen Parnell | 02 CV 4787 |
| Mabel Wheeler and Tom Wheeler | 02 CV 4973 |
| Theodore M. Groves and Katherine E. Groves | 02 CV 4972 |
| Joyce McInnis, as Personal Representative for the Estate of Donald V. McInnis, and Joyce McInnis, individually | 02 CV 5102 |
| Evelyn DiCalogero, as Executrix for the Estate of John DiCalogero, and Evelyn DiCalogero, Individually | 02 CV 5199 |

| | |
|---|---|
| Ethel Garner, as Administratrix for the Estate of John F. Garner, and Ethel Garner, Individually | 02 CV 5201 |
| Ruth V. Kosovan, as Personal Representative for the Estate of John Kosovan, and Ruth V. Kosovan, Individually | 02 CV 5197 |
| Sharon Ellington, as Administratrix for the Estate of Daphey Ray Scogins, and Patricia Scogins, Individually | 02 CV 5227 |
| Frederick C. Smith and Lois Smith | 02 CV 5212 |
| Catherine Sullivan, as Administratrix for the Estate of Eugene J. Sullivan, and Catherine Sullivan, Individually | 02 CV 5213 |
| Juanita L. Bock, as Personal Representative for the Estate of Philip G. Bock, and Juanita L. Bock, Individually | 02 CV 5515 |
| Linda J. Fallon, as Executrix for the Estate of Ada R. Cianchi | 02 CV 5512 |
| Ruth W. Crowell, as Personal Representative for the Estate of Donald K. Crowell and Ruth W. Crowell, Individually | 02 CV 5481 |
| James R. Fike and Mabel A. Fike | 02 CV 5480 |
| Linda Mootsey, as Personal Representative for the Estate of Alvin J. Schade and Rita Schade, Individually | 02 CV 5511 |
| Charles A. Marshall, as Adminstrator for the Estate of Evelyn Marshall, and Charles A. Marshall, Individually | 02 CV 5535 |
| Mary Schembary, as Administratrix for the Estate of Hames A. Schembary and Mary Shembary, Individually | 02 CV 5871 |
| James Donaghy and Elizabeth Donaghy | 02 CV 5941 |
| Theresa E. Drummer, as Executrix for the Estate of | 02 CV 5980 |

Francis V. Drummer, and Theresa E. Drummer, Individually

03 CV 0295

Moses Rodrigues

Louise Wentworth, as Proposed Administratrix for the Estate of Donald Wentworth, and Louise Wentworth, Individually

03 CV 0244

Charles Lindquist, as Administrator for the Estate of George L. Lindquist, and Mary S. Lindquist, individually

03 CV 0243

03 CV 0247

Josephine Kempf, as Executrix for the Estate of Walter Kempf, Individually

Mary Sciacca, as Executrix for the Estate of Frank Sciacca and Mary Sciacca, Individually

03 CV 0245

William T. Phillips

03 CV 0143

Jeanette M. Brady, as Administratrix for the Estate of John W. Brady and Jeanette M. Brady, Individually

03 CV 0104

Carol A. Smith, as Executrix for the Estate of Marvin Harding, and Marjorie Harding, Individually

03 CV 0270

Dolores R. Firestine, as Executrix for the Estate of George Firestone, and Dolores R. Firestine, Individually

03 CV 0450

Billy G. Wittman and Madaline Wittman

03 CV 0812

James S. Roberts and Syble Roberts

03 CV 0811

Keith D. Kittler

03 CV 0813

Walter L. McMahan and Wanda McMahan

03 CV 0989

Mona Love, as Executrix for the Estate of Donald L. Love, and Mona Love, individually

03 CV 0815

Clarence W. Larkan and Ella Mae Larkan

03 CV 0816

Harold Stone and Norma Stone

03 CV 1201

| | |
|---|---|
| Eunice Carlisle | 03 CV 1199 |
| Walter Waddle and Johnita Waddle | 03 CV 1200 |
| Elwood Weisnick | 03 CV 1543 |
| Theodore Heath and Bonnie Heath | 03 CV 1141 |
| Andrew McDermott | 03 CV 2716 |
| William T. Babcock | 03 CV 3136 |
| Kenneth Foubert | 03 CV 3134 |
| Wayne Hoefsmit | 03 CV 3135 |
| Patricia Pearson, as Administratrix for the Estate of Carl N. Hudson | 03 CV 3190 |
| Robert Welch | 03 CV 3137 |
| Leroy Hinton and Willie Hinton | 03 CV 4756 |
| Jack Tankersley | 03 CV 4495 |

In furtherance of the Stipulation of Discontinuance With Prejudice in favor of defendant, 3M Company, f/k/a and s/h/a Minnesota Mining and Manufacturing Company, it is hereby ordered that the above-captioned actions are dismissed in favor of 3M Company f/k/a and s/h/a Minnesota Mining and Manufacturing Company.

Dated:    7/18/05

_____

Honorable Charles R. Weiner

24976